RICHARD J. PAPST, ESQ.  (SB #080503)
**LAW OFFICES OF RICHARD J. PAPST**
1430 Truxtun Avenue, Suite 803
Bakersfield, California  93301
(661) 634-0696
(661) 634-0699 (FAX)

Attorneys for Plaintiff
BILLY GENE DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY GENE DAVIS,<br><br>          Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK & COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.  1:05-CV-00123-OWW-LJO<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, BILLY GENE DAVIS, and Defendant, SEARS ROEBUCK & COMPANY, through their respective counsel, that the above-captioned action, and all claims alleged therein against defendant, shall be dismissed with prejudice.

DATED: October 4, 2006          LAW OFFICES OF RICHARD J. PAPST


                                BY:          /S/
                                     RICHARD J. PAPST
                                     Attorney for Plaintiff

/ / /

/ / /

[signatures continued on following page]

---

Stipulation and Order of Dismissal          1          1:05-CV-00123-OWW-LJO

| | |
|---|---|
| DATED: October ___, 2006 | LITTLER MENDELSON |

BY:     /S/
    CRAIG G. STAUB
    Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that the above-captioned action, and all claims alleged therein, against Defendant, SEARS ROEBUCK & COMPANY, shall be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 11, 2006**        **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE